UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRIA HOME REHABILITATION, LLC,
a Michigan limited liability company
and CRYSTAL KOEBRUGGE,

    Plaintiffs,

-vs-

No. 2:16-12679-GCS
Hon. George Steeh

ALLSTATE INSURANCE COMPANY,
a foreign insurer,

    Defendant.
_____/

| | |
|---|---|
| CHRIS CAMPER (P74293)<br>LIPTON LAW<br>Attorney for Plaintiff<br>18930 W. 10 Mile Rd., #3000<br>Southfield, MI 48075<br>(248) 557-1688<br>Chris@liptonlaw.com | DONALD C. BROWNELL (P48848)<br>NICOLAS A. VESPRINI (P66061)<br>ANDREW E. BARRETT (P76228)<br>VANDEVEER GARZIA, P.C.<br>Attorneys for Defendant ALLSTATE<br>840 W. Long Lake Rd., Ste. 600<br>Troy, MI 48098-6340<br>(248) 312-2800<br>dbrownell@vgpclaw.com<br>nvesprini@vgpclaw.com |

_____/

## DEFENDANT'S WITNESS LIST

NOW COMES Defendant, ALLSTATE INSURANCE COMPANY, by its attorneys, VANDEVEER GARZIA, P.C., and hereby lists the following as possible witnesses to be called at trial in the above matter:

1.     Olivia Davila, Personal Representative of the Estate of Florinda Andrade, Deceased.

2. Crystal Koebrugge

3. Gloria Forys

4. Angellica Morris

5. Mary Haight

6. Jeremy Haight

7. Amanda Hoskey

8. Jeremy Williams

9. Howard Floyd

10. Samantha Herrick

11. Kathy Riley

12. Mary Taljeish

13. Bradley Crum

14. Samantha Herick

15. Angelica Morris

16. Alicia Arthur

17. Karri Bemman

18. Donna Killebrew

19. Amanda Hoskey

20. Luis Lemos

21. Raquel Lemos

22. Custodian of the Records and/or Any and All Employees and/or Other Representatives of:

   a) Michigan Department of State, Bureau of Driver and Vehicles Records Lansing, MI 48918

   b) Internal Revenue Service

   c) Social Security Disability

   d) Social Security Administration

   e) Family Independence Agency

   f) Michigan Employment Security Commission

   g) Lapeer County Sheriff's Office

      i. Deputy Jimmy White (Badge #68)
      ii. Detective Sgt. Jason Parks (Badge #25)
      iii. Sgt. Robert Wells
      iv. Deputy Craig Cummings
      v. Sgt. Joe Nesbit
      vi. Deputy Jason Davis
      vii. Detective Jason Parks
      viii. Sgt. Jeremy Herfert (Badge #28)

   h) Lapeer City Fire Department

      i. EMS Technician, Amanda Smith
      ii. EMS Technician, Adam Milkowski

   i) Lapeer County Medical Examiner's Office

      i. Dr. Franckowiak

   j) McLaren-Lapeer Regional

   k) Mount Clemens Regional Medical Center

- l) McLaren-Lapeer Hospital
- m) Macomb McLaren Hospital
- n) Flint McLaren Hospital
- o) Wyandotte General Hospital
- p) Genesys Regional Medical Center
- q) Hurley Hospital
- r) Hurley Brain Function Assessment Center
- s) Feinberg Consulting
- t) Orthopedic Associates of Port Huron
- u) Dr. Balazsy
- v) Dr. Bradley
- w) Dr. Gunckle
- x) Dr. Scott Kowalski
- y) Dr. Kirk Stuckey
- z) Dr. Ahmed
- aa) Dr. Allen Trager
- bb) Health Plus of Michigan
- cc) Keeper of the Records of AT&T National Compliance Center
- dd) Dr. Hisham Ahmed
- ee) Dr. Edward Gomez-Seoane

      ff)    Cora Rehabilitation

      gg)   Centria Home Rehabilitation

          a. Chris Wilcox
          b. Scott Barry
          c. Tamera Rogan-Gamble
          d. Taylor Norman
          e. Lorena Hays

23. Walworth & Nayh, CPA – Expert
    17800 Newburgh Rd.
    Livonia, MI  48152

24. Nora Vinic, Case Manager – Expert
    Vinic Medical Consulting, Inc
    P. O. Box 170
    Howell, MI 48844

25. Dr. Paul Drouillard, Orthopedic Surgeon – Expert
    5700 E. Eleven Mile
    Warren, MI  48091

26. Dr. William Higginbotham, Orthopedist – Expert
    24901 Northwestern Hwy., Ste. 205
    Southfield, MI  48075

27. Dr. Paul Cullis, Neurologist – Expert
    25100 Kelly Rd.
    Roseville, MI  48066

28. Dr. Wilbur Boike, Neurologist – Expert
    1537 Hill Rd., Ste. 350
    Grand Blanc, MI  48439

29. Dr. W. John Baker, Neuropsychologist – Expert
    32121 Woodward Ave., Ste. 201
    Royal Oak, MI  48073

30. Dr. Elliott Wagenheim, Psychiatrist – Expert
    280 N. Woodward, Ste. 405
    Birmingham, MI 48009

31. Dr. Mary Kneiser, Physical Medicine and Rehabilitation – Expert
    Ability Assessments
    24108 Greater Mack
    St. Clair Shores, MI

32. Dr. Edward Domino, Toxicologist – Expert

33. Dr. Chris Van Ee, Biomechanical Engineering – Expert

34. Weldon D. Greiger, Accident Reconstructionist – Expert
    Crash Technology
    3835 Cedar Lake Road
    Howell, Michigan 48843

35. Any and all health care professionals who observed, examined or treated Plaintiff at any time immediately following the accident.

36. Any and all independent medical expert to be named.

37. Other witnesses whose identities become known through further discovery.

38. Defendant reserved the right to take de bene esse depositions of anyone unable to attend and give live testimony at trial.

39. Defendant reserved the right to amend the witness list to add additional lay witnesses as they become known through the course of discovery.

40. Defendant reserved the right to amend the witness list to add additional expert witnesses as they become necessary through the course of further discovery.

Respectfully submitted,

VANDEVEER GARZIA, P.C.

By: /s/ Donald C. Brownell
DONALD C. BROWNELL (P48848)
NICOLAS A. VESPRINI (P66061)
ANDREW E. BARRETT ((P76228)
Attorneys for Defendants
840 W. Long Lake Rd., Ste. 600
Troy, MI 48098-6340
(248) 312-2800

Dated: December 2, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on __12/2/16__, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

CHRIS CAMPER (P74293)
LIPTON LAW
18930 W. 10 Mile Rd., #3000
Southfield, MI 48075
(248) 557-1688
Chris@liptonlaw.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A.

s/ Donald C. Brownell
Vandeveer Garzia, P.C.
840 W. Long Lake Rd, Ste. 600
Troy, MI 48098-6340
(248) 312-2800
dbrownell@vgpclaw.com
nvesprini@vgpclaw.com
P48848

V:\DCB\Centria Koebrugge new\Pleadings\Witness List.docx

7