UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRIA HOME REHABILITATION, LLC,
and CRYSTAL KOEBRUGGE,

       Plaintiffs,

                                            Case No.  16-12679
vs.                                     HON.  GEORGE CARAM STEEH

ALLSTATE INSURANCE COMPANY,

       Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER TO SHOW CAUSE, (DOC. 9), DEFENDANTS' MOTION TO ADJOURN SCHEDULING ORDER, (DOC. 11), AND DEFENDANT'S MOTION FOR ORDER COMPELLING RULE 26 DISCLOSURES, (DOC. 13)

     Pending before the Court are defendant Allstate's Motion for an Order to Show Cause as to Luis Lemon (Doc. 9), defendant's Motion to Adjourn Scheduling Order (Doc. 11), and defendant Allstate's Motion for Order Compelling Plaintiff to Make Rule 26(a) Disclosures (Doc. 13).

     This Court's Local Rules require the movant in any motion to seek concurrence before filing a motion and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to

conduct such a conference. E.D. Mich. LR 7.1(a). This Court expects compliance with both the letter and substance of 7.1(a). Here, the movant makes no mention of any effort to seek concurrence, nor in any way explains what, if anything, was done, or how, or when.

Therefore, IT IS ORDERED that the above motions, (Doc. 9, 11, and 13), are DENIED.

Dated: December 20, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 20, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk