# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CENTRIA HOME
REHABILITATION, L.L.C. and
CRYSTAL KOEBRUGGE,

                Plaintiffs,

vs.

Case No. 2:16-cv-12679
District Judge George Caram Steeh
Magistrate Judge Anthony P. Patti

ALLSTATE INSURANCE COMPANY,

                Defendant.
_____/

## ORDER (1) GRANTING AS UNOPPOSED DEFENDANT'S MOTION TO SHOW CAUSE TO LUIS LEMOS FOR FAILURE TO COMPLY WITH SUBPOENA (DE 15), (2) CANCELLING HEARING SET FOR APRIL 18, 2017, and (3) SETTING SHOW CAUSE HEARING FOR MAY 1, 2017

On March 3, 2017, Defendant filed the above-described motion concerning non-party Luis Lemos and served a paper copy upon him. (DE 15 at 7.) To date, no response has been filed.

Defendant's motion has been referred to me for hearing and determination. (*See* DEs 18, 20-22.) Upon consideration, the motion (DE 15) is **GRANTED AS UNOPPOSED**. Mr. Lemos must either make himself available for deposition on or before **April 28, 2017** *or* appear before the Court on **May 1, 2017 at 10 a.m.** to show cause why he should not be held in contempt.

The hearing noticed for April 18, 2017 is **CANCELLED**. Finally, Defendant **SHALL** serve a copy of this order upon Mr. Lemos, forthwith, and file a

proof of service with the Court or otherwise certify that the order has been served upon the deponent.

**IT IS SO ORDERED.**

Date: April 14, 2017

s/Anthony P. Patti
Anthony P. Patti
U.S. MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 14, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti